2535. JONES *v.* THE STATE.

HILL, C. J. In this case the certificate of the judge to the bill of exceptions was dated February 5, 1910, and the bill of exceptions was filed in the office of the clerk of the trial court on March 10, 1910. The statute requires that the bill of exceptions shall, within 15 days. from the date of the certificate of the judge, be filed in the office of the clerk of the court where the case was tried. This court is therefore without jurisdiction. Civil Code, § 5554; *Johnson* v. *State*, 5 *Ga.. App.* 490 (63 S. E. 533); *Cook* v. *State*, 120 *Ga.* 137 (47 S. E. 562)..

*Writ of error dismissed.*

Accusation of gaming; from Floyd superior court—Judge Maddox. February 16, 1910.

Submitted April 12,—Decided April 19, 1910.

*M. B. Eubanks, W. B. Mebane,* for plaintiff in error.

*John W. Bale, solicitor-general, Claude H. Porter,* contra.

---

2544. JOHNSON *v.* THE STATE.

POWELL, J. 1. The evidence fully authorized the conviction.
2. The charge of the court was fair, and, when construed as a whole, not subject to the exceptions presented in the record.

*Judgment affirmed.*

Conviction of shooting at another; from Terrell superior court —Judge Worrill. February 10, 1910.

Submitted April 12,—Decided April 19, 1910.

*M. C. Edwards,* for plaintiff in error.

*J. A. Laing, solicitor-general, Reuben R. Arnold,* contra.